## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.     Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendants U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION to discharge their obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing records regarding the Jeffrey Epstein investigation.

## PARTIES

2.     Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3.     Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories

a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.      Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5.      Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

6.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

7.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 21, 2025 FOIA REQUEST TO FBI

8.      On March 21, 2025, Plaintiffs submitted a FOIA request to FBI for the following records from the FBI Records Information Dissemination Section:

> 1. Any directive, memo, letter or email sent to RIDS Section Chief Michael Seidel, or Mr. Seidel's immediate deputies and aides, by FBI Director Kash Patel or his immediate deputy or aides between March 17 and the present that ordered RIDS personnel and personnel/agents from the FBI's New York and Washington Field to meet at FBI RIDS' offices in Virginia to process files/records of deceased billionaire Jeffrey Epstein.
>
> 2. Any response Mr. Seidel or his immediate deputies and aides sent to FBI Director Kash Patel or Mr. Patel's immediate deputy or aides in response to the order to work on processing Jeffrey Epstein files.
>
> 3. A spreadsheet or similar data or document identifying the total number of FBI personnel who were ordered and/or tasked to work on processing Jeffrey Epstein files between March 17 and March 22. PLEASE NOTE: I am not interested in personal identifiable information. I am only interested in the number of FBI personnel who worked on this matter, their titles, and the field offices/divisions they work in.
>
> 4. The budget (if any such document exists) or a similar document identifying the total costs for FBI personnel to process Jeffrey Epstein files

Case 1:25-cv-02848    Document 1    Filed 08/25/25    Page 3 of 12

in response to any directive or order by FBI Director Kash Patel or his immediate aides and deputies.

5. The number of hours FBI personnel worked between March 17 through March 21 to process Jeffrey Epstein files. If the hours each agent worked are captured in a document I request a copy of that as well.

6. Any documented instruction or direction provided to FBI personnel on what type of research they were asked to conduct while processing Jeffrey Epstein files.

PLEASE NOTE: I am interested in keeping this request to under 50 pages in order to land in the simple track in hopes of receiving responsive records in a timely fashion. If the records exceed 50 pages please let me know so that I may narrow the request

9.      A true and correct copy of the FOIA request is attached as Exhibit 1.

10.     On April 9, 2025, FBI acknowledged receipt of the FOIA request and assigned reference number 1664219-000 to the matter.

11.     A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

12.     On April 9, 2025, FBI stated that "unusual circumstances" may delay its ability to issue a determination within 20 days.

13.     A true and correct copy of that correspondence is attached as Exhibit 3.

14.     On April 10, 2025, FBI denied Plaintiffs' request for expedited processing.

15.     A true and correct copy of the correspondence is attached as Exhibit 4.

16.     On August 21, 2025, Plaintiffs sent a message to FBI pointing out that the original request had initially expressed openness to narrowing the request to under 50 pages, in an effort to obtain responsive records in a timely fashion.  However, because five months had passed with no response from the agency, Plaintiffs stated they were no longer interested in narrowing the request to limit the number of responsive pages.  Plaintiffs asked FBI to provide an estimated date of completion for the request.

17.     A true and correct copy of the correspondence is attached as Exhibit 5.

- 3 -

18.    On August 22, 2025, FBI responded to Plaintiffs' message, stating that the request "is presently in initial processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records" and provided an estimated date of completion of 2,010 days for the request. *Id*.

19.    FBI did not send any further correspondence to Plaintiffs regarding this request.

20.    As of the date of this filing, FBI has not issued a determination on Plaintiffs' request.

21.    As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiffs.

## MARCH 24, 2025 FOIA REQUEST TO FBI

22.    On March 24, 2025, Plaintiffs submitted a FOIA request to FBI for the following records:

> 1. A copy of the processing guidelines, guidance or slide decks provided to FBI employees who are tasked with reviewing and processing Jeffrey Epstein files for public release.
>
> Please limit the search to the following timeframe: March 18 through the date the search for responsive records is conducted

23.    A true and correct copy of the FOIA request is attached as Exhibit 6.

24.    On April 2, 2025, FBI acknowledged receipt of the FOIA request and assigned reference number 1664215-000 to the matter.

25.    A true and correct copy of the acknowledgement letter is attached as Exhibit 7.

26.    On April 2, 2025, FBI stated that "unusual circumstances" may delay its ability to issue a determination within 20 days.

27.    A true and correct copy of that correspondence is attached as Exhibit 8.

28.    On April 10, 2025, FBI denied Plaintiffs' request for expedited processing.

29.    A true and correct copy of the correspondence is attached as Exhibit 9.

30.    On August 21, 2025, Plaintiffs sent a follow-up message to FBI seeking an estimated date of completion for the request.

31.    A true and correct copy of the correspondence is attached as Exhibit 10.

32.    On August 21, 2025, FBI stated that the request "is presently in initial processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records" and provided an estimated date of completion of 2,010 days for the request.  *Id*.

33.    FBI did not send any further correspondence to Plaintiffs regarding this request.

34.    As of the date of this filing, FBI has not issued a determination on Plaintiffs' request.

35.    As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiffs.

**MARCH 26, 2025 FOIA REQUEST TO FBI**

36.    On March 26, 2025, Plaintiffs submitted a FOIA request to FBI for the following records:

> 1. A copy of the "comprehensive report" based on the investigation FBI Director Kash Patel was directed to conduct by Attorney General Pam Bondi on February 27 and "proposed personnel actions" related to what AG Bondi said was the FBI's failure to turn over to her the complete set of documents on deceased banker and convicted sex offender Jeffrey Epstein. AG Bondi told FBI Director Patel to deliver this report and the proposed personnel actions to her within 14 days. That deadline has since passed.
>
> BACKGROUND: In a letter dated February 27, 2025, AG Bondi sent a letter to FBI Director Patel. She said she learned from a "source" that the FBI's New York field office was in possession of thousands of pages of Epstein files that were not turned over to her despite her demands. She instructed FBI Director Patel to turn the complete set of records over the next day and she also directed FBI Director Patel to immediately launch an investigation and to provide her with a "comprehensive report of your findings and proposed personnel action within 14 days."

37.    A true and correct copy of the FOIA request is attached as Exhibit 11.

38.    On April 2, 2025, FBI acknowledged receipt of the FOIA request and assigned reference number 1664217-000 to the matter.

39.    A true and correct copy of the acknowledgement letter is attached as Exhibit 12.

40.    On April 2, 2025, FBI stated that "unusual circumstances" may delay its ability to issue a determination within 20 days.

41.    A true and correct copy of that correspondence is attached as Exhibit 13.

42.    On April 10, 2025, FBI denied Plaintiffs' request for expedited processing.

43.    A true and correct copy of the correspondence is attached as Exhibit 14.

44.    On August 21, 2025, Plaintiffs sent a follow-up message to FBI seeking an estimated date of completion for the request.

45.    A true and correct copy of that correspondence is attached as Exhibit 15.

46.    On August 22, 2025, FBI stated that the request "is presently in initial processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records" and provided an estimated date of completion of 2,010 days for the request. *Id.*

47.    FBI did not send any further correspondence to Plaintiffs regarding this request.

48.    As of the date of this filing, FBI has not issued a determination on Plaintiffs' request.

49.    As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiffs.

**JULY 8, 2025 FOIA REQUEST TO DOJ**

50.    On July 8, 2025, Plaintiffs submitted a FOIA request to DOJ for the following records:

> 1. Final talking points relating to the Justice Department's final decision on July 7 to refrain from releasing additional records related to the Jeffrey Epstein investigation, his "client list" and his suicide in a New York jail as well as the release of the raw and

enhanced video footage of the common area of the Special Housing
Unit (SHU) where Epstein was housed at the time of his death

51.     A true and correct copy of the FOIA request is attached as Exhibit 16.

52.     On August 5, 2025, DOJ acknowledged receipt of the FOIA request, assigned
reference number FOIA-2025-05804 to the matter, and stated that "unusual circumstances" may
delay its ability to issue a determination within 20 days.

53.     A true and correct copy of the acknowledgement letter is attached as Exhibit 17.

54.     On August 21, 2025, Plaintiffs sent a follow-up message to DOJ seeking an
estimated date of completion for the request.

55.     A true and correct copy of the correspondence is attached as Exhibit 18.

56.     DOJ did not send any further correspondence to Plaintiffs regarding this request.

57.     As of the date of this filing, DOJ has not issued a determination on Plaintiffs'
request.

58.     As of the date of this filing, DOJ has failed to make any responsive records
promptly available to Plaintiffs.

**JULY 21, 2025 FOIA REQUEST TO FBI**

59.     On July 21, 2025, Plaintiffs submitted a FOIA request to FBI for the following
records from FBI headquarters, the FBI's New York Field Office, the FBI's Records Information
and Dissemination Section, and the FBI's Enterprise Vetting Center:

> 1. All communications to/from the FBI's NY Field Office senior
> executives from FBIHQ and/or the Department of Justice containing
> instruction, direction, or discussion about the conduct of research
> they were asked/directed to conduct related to Jeffrey Epstein files.
>
> 2. Any communications between NYFO personnel relating to the
> guidance/direction they received from DOJ and FBIHQ about the
> searches of Jeffrey Epstein material.
>
> 3. Any and all documents related to overtime hours worked by RIDS
> FOIA units from January 20, 2025 through the present. For

clarification, I am not seeking individual time cards but instead broader statistics and analytics data reflecting hours worked.

60.    A true and correct copy of the FOIA request is attached as Exhibit 19.

61.    On August 11, 2025, FBI acknowledged receipt of the FOIA request, assigned reference number 1675665-000 to the matter, and granted Plaintiffs' request for expedited processing.

62.    A true and correct copy of the correspondence is attached as Exhibit 20.

63.    On August 21, 2025, Plaintiffs sent a follow-up message to FBI seeking an estimated date of completion for the request.

64.    A true and correct copy of the correspondence is attached as Exhibit 21.

65.    On August 22, 2025, FBI stated that the request "is presently in initial processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records" and provided an estimated date of completion of 2,010 days for the request. *Id*.

66.    FBI did not send any further correspondence to Plaintiffs regarding this request.

67.    As of the date of this filing, FBI has not issued a determination on Plaintiffs' request.

68.    It was practicable for FBI to provide responsive records prior to the date of this filing.

69.    As of the date of this filing, FBI has failed to make any responsive records available to Plaintiffs as soon as practicable.

## COUNT I – FBI'S FOIA VIOLATION
## MARCH 21, 2025 FOIA REQUEST TO FBI

70.    Paragraphs 1-69 are incorporated by reference.

71.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

72.     Defendant FBI is a federal agency subject to FOIA.

73.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

74.     Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

75.     Defendant FBI has failed to issue a complete determination within the statutory deadline.

76.     Defendant FBI has failed to produce all non-exempt records responsive to the request.

## COUNT II – FBI'S FOIA VIOLATION
## MARCH 24, 2025 FOIA REQUEST TO FBI

77.     Paragraphs 1-69 are incorporated by reference.

78.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

79.     Defendant FBI is a federal agency subject to FOIA.

80.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

81.     Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

82.     Defendant FBI has failed to issue a complete determination within the statutory deadline.

83.     Defendant FBI has failed to produce all non-exempt records responsive to the request.

## COUNT III – FBI'S FOIA VIOLATION
## MARCH 26, 2025 FOIA REQUEST TO FBI

84.    Paragraphs 1-69 are incorporated by reference.

85.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

86.    Defendant FBI is a federal agency subject to FOIA.

87.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

88.    Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

89.    Defendant FBI has failed to issue a complete determination within the statutory deadline.

90.    Defendant FBI has failed to produce all non-exempt records responsive to the request.

## COUNT IV – DOJ'S FOIA VIOLATION
## JULY 8, 2025 FOIA REQUEST TO DOJ

91.    Paragraphs 1-69 are incorporated by reference.

92.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

93.    Defendant DOJ is a federal agency subject to FOIA.

94.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

95.    Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

96.    Defendant DOJ has failed to issue a complete determination within the statutory deadline.

97.    Defendant DOJ has failed to produce all non-exempt records responsive to the request.

<strong>COUNT V – FBI'S FOIA VIOLATION<br/>JULY 21, 2025 FOIA REQUEST TO FBI</strong>

98.    Paragraphs 1-69 are incorporated by reference.

99.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

100.    Defendant FBI is a federal agency subject to FOIA.

101.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

102.    Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

103.    Defendant FBI has failed to issue a complete determination within the statutory deadline.

104.    Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i.    declare that Defendants have violated FOIA;

ii.    order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.    award Plaintiffs attorneys' fees and costs; and

v.    award such other relief the Court considers appropriate.

Dated: August 25, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com