**Exhibit 1**

## eFOIA Request Received
1 message

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>                                    Fri, Mar 21, 2025 at 12:59 PM
To: jasonleopold@gmail.com

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Jason |
| **Middle Name** | |
| **Last Name** | Leopold |
| **Suffix** | |
| **Email** | jasonleopold@gmail.com |
| **Phone** | |
| **Location** | United States |

## Domestic Address

Address Line 1

Address Line 2

City

State    California

Postal

## Agreement to Pay

How you will pay    I am requesting a fee waiver for
my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I
am willing to pay additional fees and will enter that maximum amount in the box below.

Allow up to $    250

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior
investigative reporter for BuzzFeed News and formerly senior investigative
reporter and on-air correspondent for VICE News. Additionally, my reporting
has been published in The Guardian, The Wall Street Journal, The Financial
Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout,
Al Jazeera English and Al Jazeera America. I am filing this request on
behalf of myself and Bloomberg News.
I request a complete waiver of all search and duplication fees. If my
request for a waiver is denied, I request that I be considered a member of
the news media for fee purposes.
Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any
charge ... if disclosure of the information is in the public interest
because it is likely to contribute significantly to public understanding of
the operations or activities of the government and is not primarily in the
commercial interest of the requester." Disclosure in this case meets the
statutory criteria, as the records sought to detail the operations and
activities of government. This request is also not primarily in my
commercial request, as I am seeking the records as a journalist to analyze
and freely release to members of the public.
If I am not granted a complete fee waiver, I request to be considered a
member of the news media for fee purposes. I am willing to pay all
reasonable duplication expenses incurred in processing this FOIA request.
I will appeal any denial of my request for a waiver administratively and to
the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

I request disclosure from the FBI Records Information Dissemination Section the following records:

1. Any directive, memo, letter or email sent to RIDS Section Chief Michael Seidel, or Mr. Seidel's immediate deputies and aides, by FBI Director Kash Patel or his immediate deputy or aides between March 17 and the present that ordered RIDS personnel and personnel/agents from the FBI's New York and Washington Field to meet at FBI RIDS' offices in Virginia to process files/records of deceased billionaire Jeffrey Epstein.

2. Any response Mr. Seidel or his immediate deputies and aides sent to FBI Director Kash Patel or Mr. Patel's immediate deputy or aides in response to the order to work on processing Jeffrey Epstein files.

3. A spreadsheet or similar data or document identifying the total number of FBI personnel who were ordered and/or tasked to work on processing Jeffrey Epstein files between March 17 and March 22. PLEASE NOTE: I am not interested in personal identifiable information. I am only interested in the number of FBI personnel who worked on this matter, their titles, and the field offices/divisions they work in.

4. The budget (if any such document exists) or a similar document identifying the total costs for FBI personnel to process Jeffrey Epstein files in response to any directive or order by FBI Director Kash Patel or his immediate aides and deputies.

5. The number of hours FBI personnel worked between March 17 through March 21 to process Jeffrey Epstein files. If the hours each agent worked are captured in a document I request a copy of that as well.

6. Any documented instruction or direction provided to FBI personnel on what type of research they were asked to conduct while processing Jeffrey Epstein files.

PLEASE NOTE: I am interested in keeping this request to under 50 pages in order to land in the simple track in hopes of receiving responsive records in a timely fashion. If the records exceed 50 pages please let me know so that I may narrow the request

I certify the foregoing to be true and correct to the best of my knowledge and belief.

_/s/_____ JL_____

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

## Expedite

**Expedite Reason**

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information.

I have a compelling need to inform the public about how the FBI Director is using its resources during a time when the federal government is attempting to root out waste, fraud and abuse in the name of efficiency. If multiple field offices are being tasked to prioritize work in response a political matter it could leave the public vulnerable to harm if FBI agents are unable to focus on their core mission. The public would be greatly interested in understanding how their tax dollars are being spent and whether the bureau is being used for political purposes by the FBI Director.

These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity.

I certify the foregoing to be true and correct to the best of my knowledge and belief.

_/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

**Exhibit 2**



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

April 9, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664219-000
Subject: RIDS response to Epstein files
processing order

Dear Mr. Leopold:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

☑ Your request has been received at FBI Headquarters for processing.

☑ You submitted your request via the FBI's eFOIPA system.

　☑ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

　☐ Correspondence for requests containing audio, video, or high-resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑ For the purpose of assessing any fees, we have determined:

　☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

　☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

　☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Shannon R. Hammer
Assistant Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 3**



**U.S. Department of Justice**

---

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 9, 2025

MR. JASON LEOPOLD

)

FOIPA Request No.: 1664219-000
Subject: RIDS response to Epstein files
processing order

Dear Mr. Leopold:

Please be advised that "unusual circumstances" apply to the processing of your request. <u>See</u> 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

- There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

- There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

- There is a need for consultation with another agency or two or more DOJ components.

These "unusual circumstances" will delay our ability to make a determination on your request within 20 days (excluding weekend and legal public holidays). Additionally, the payment of pertinent fees may apply to your request. <u>See</u> 5 U.S.C. § 552 (a)(4)(A)(viii).

The application of "unusual circumstances" is not a determination of how the FBI will respond to your substantive request, this letter provides notice that these "unusual circumstances" apply to processing and delay the determination of your request. <u>See</u> 5 U.S.C. §§ 552 (a)(6)(A)(viii); (a)(6)(B).

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602**. You may also email your response to: foipaquestions@fbi.gov.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Shannon R. Hammer
Assistant Section Chief
Record/Information Dissemination Section
Information Management Division



U.S. Department of Justice

Exhibit 4

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 10, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664219-000
Subject: RIDS response to Epstein files processing order

Dear Mr. Leopold:

This is in reference to your letter to the FBI, in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request. Under Department of Justice (DOJ) standards, expedited processing can only be granted in the following situations.

You have requested expedited processing according to:

☐ **28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

☑ **28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

☐ **28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process rights."

☐ **28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

You have not provided enough information concerning the statutory requirements for expedition; therefore, your request is denied.

*Additional information about the FOIPA can be found at* www.fbi.gov/foia. *Should you have questions regarding your request, please feel free to contact* foipaquestions@fbi.gov. *Please reference the FOIPA Request number listed above in all correspondence concerning your request.*

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

**Exhibit 5**

## Fwd: [EXTERNAL EMAIL] - Re: eFOIA Request Received 1664219-000

---------- Forwarded message ---------
From: **FOIPAQUESTIONS@FBI.GOV** <FOIPAQUESTIONS@fbi.gov>
Date: Fri, Aug 22, 2025, 7:31 AM
Subject: RE: [EXTERNAL EMAIL] - Re: eFOIA Request Received 1664219-000
To: jasonleopold@gmail.com <jasonleopold@gmail.com>


Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.   A review of your request has determined the following:


The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.


Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size.  Simple track extra-small requests typically require the least amount of time to process. Currently, simple track cases average approximately 230 days from the date of receipt for processing.  Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.


The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.  Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request.  Once the search has been completed, you may request an estimated date of completion.


Correspondence was emailed to you April 9, 2025.


Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.    Status updates are performed on a weekly basis.


Respectfully,


Public Information Officer

FBI - Information Management Division

200 Constitution Drive

Winchester, VA  22602

O: (540) 868-4593

E: foipaquestions@fbi.gov


Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia


Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.


Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Thursday, August 21, 2025 11:55 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: eFOIA Request Received


Hi there,

I never received a response to my email in which I stated I am no longer interested in keeping this request to under 50 pages. When I expressed interest in doing so when I filed my request on March 21 it was in the interest of obtaining responsive records in a timely fashion. No one ever responded to my initial request. Because five months have now passed the FBI should process my request for all records related to the subject matter.

Additionally, please provide me with an estimated date of completion.


Best,

Jason

On Fri, Mar 21, 2025 at 12:59 PM <efoia@subscriptions.fbi.gov> wrote:

# Individual Information

**Prefix**

**First Name**

Jason

**Middle Name**

**Last Name**

Leopold

**Suffix**

**Email**

jasonleopold@gmail.com

**Phone**

**Location**

United States

# Domestic Address

**Address Line 1**

**Address Line 2**

**City**

**State**

California

**Postal**

# Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**

250

# Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. Â§552(a)(4)(A)(iii), â€œDocuments shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.â€ Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

---

**Request Information**

I request disclosure from the FBI Records Information Dissemination Section the following records: 1. Any directive, memo, letter or email sent to RIDS Section Chief Michael Seidel, or Mr. Seidel's immediate deputies and aides, by FBI Director Kash Patel or his immediate deputy or aides between March 17 and the present that ordered RIDS personnel and personnel/agents from the FBI's New York and Washington Field to meet at FBI RIDS' offices in Virginia to process files/records of deceased billionaire Jeffrey Epstein. 2. Any response Mr. Seidel or his immediate deputies and aides sent to FBI Director Kash Patel or Mr. Patel's immediate deputy or aides in response to the order to work on processing Jeffrey Epstein files. 3. A spreadsheet or similar data or document identifying the total number of FBI personnel who were ordered and/or tasked to work on processing Jeffrey Epstein files between March 17 and March 22. PLEASE NOTE: I am not interested in personal identifiable information. I am only interested in the number of FBI personnel who worked on this matter, their titles, and the field offices/divisions they work in. 4. The budget (if any such document exists) or a similar document identifying the total costs for FBI personnel to process Jeffrey Epstein files in response to any directive or order by FBI Director Kash Patel or his immediate aides and deputies. 5. The number of hours FBI personnel worked between March 17 through March 21 to process Jeffrey Epstein files. If the hours each agent worked are captured in a document I request a copy of that as well. 6. Any documented instruction or direction provided to FBI personnel on what type of research they were asked to conduct while processing Jeffrey Epstein files. PLEASE NOTE: I am interested in keeping this request to under 50 pages in order to land in the simple track in hopes of receiving responsive records in a timely fashion. If the records exceed 50 pages please let me know so that I may narrow the request I certify the foregoing to be true and correct to the best of my knowledge and belief.
_/s/_____JL_____ Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8): (A) An agency shallâ€" (i) withhold information under this section only ifâ€" (I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

# Expedite

---

**Expedite Reason**

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information. I have a compelling need to inform the public about how the FBI Director is using its resources during a time when the federal government is attempting to root out waste, fraud and abuse in the name of efficiency. If multiple field offices are being tasked to prioritize work in response a political matter it could leave the public vulnerable to harm if FBI agents are unable to focus on their core mission. The public would be greatly interested in understanding how their tax dollars are being spent and whether the bureau is used for political purposes by the FBI Director. These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity. I certify the foregoing to be true and correct to the best of my knowledge and belief. _/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

--

Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

**Exhibit 6**

## eFOIA Request Received
1 message

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>                    Mon, Mar 24, 2025 at 10:09 PM
To: jasonleopold@gmail.com

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Jason |
| **Middle Name** | |
| **Last Name** | Leopold |
| **Suffix** | |
| **Email** | jasonleopold@gmail.com |
| **Phone** | |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| **Address Line 1** | |
| **Address Line 2** | |
| **City** | |
| **State** | California |
| **Postal** | |

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for
my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I
am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**  250

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. Â§552(a)(4)(A)(iii), â€œDocuments shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.â€ Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

I request disclosure from the FBI Records Information Dissemination Section
the following records:
1. A copy of the processing guidelines, guidance or slide decks provided to
FBI employees who are tasked with reviewing and processing Jeffrey Epstein
files for public release. Please limit the search to the following
timeframe: March 18 through the date the search for responsive records is
conducted.
Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the
FOIA as follows (5 USC 552(a)(8)):
(A) An agency shallâ€"
(i) withhold information under this section only ifâ€"
(I) the agency reasonably foresees that disclosure would harm an interest
protected by an exemption described in subsection (b); or
(II) disclosure is prohibited by law; and
(ii) (I) consider whether partial disclosure of information is possible
whenever the agency determines that a full disclosure of a requested record
is not possible; and
(II) take reasonable steps necessary to segregate and release nonexempt
information. . . .
FBI should not fail to meet the requirements of Section 552(a)(8) when
processing my request and release responsive records to me in full or at
least in part.
INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The FBI is instructed to
interpret the scope of this request in the most liberal manner possible
short of an interpretation that would lead to a conclusion that the request
does not reasonably describe the records sought.

# Expedite

**Expedite Reason**

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information.

I have a compelling need to inform the public about how the FBI Director is using its resources during a time when the federal government is attempting to root out waste, fraud and abuse in the name of efficiency. If multiple field offices are being tasked to prioritize work in response a political matter it could leave the public vulnerable to harm if FBI agents are unable to focus on their core mission. The public would be greatly interested in understanding how their tax dollars are being spent and whether the bureau is being used for political purposes by the FBI Director.

These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity.

I certify the foregoing to be true and correct to the best of my knowledge and belief.

_/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

**Exhibit 7**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 2, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664215-000
Subject: Epstein files processing guidelines
(On or after March 18, 2025)

Dear Mr. Leopold:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

☑ Your request has been received at FBI Headquarters for processing.

☑ You submitted your request via the FBI's eFOIPA system.

    ☑ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

    ☐ Correspondence for requests containing audio, video, or high-resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑ For the purpose of assessing any fees, we have determined:

    ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    ☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 8**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 2, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664215-000
Subject: Epstein files processing guidelines
(On or after March 18, 2025)

Dear Mr. Leopold:

Please be advised that "unusual circumstances" apply to the processing of your request. <u>See</u> 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

- There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

- There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

- There is a need for consultation with another agency or two or more DOJ components.

These "unusual circumstances" will delay our ability to make a determination on your request within 20 days (excluding weekend and legal public holidays). Additionally, the payment of pertinent fees may apply to your request. <u>See</u> 5 U.S.C. § 552 (a)(4)(A)(viii).

The application of "unusual circumstances" is not a determination of how the FBI will respond to your substantive request, this letter provides notice that these "unusual circumstances" apply to processing and delay the determination of your request. <u>See</u> 5 U.S.C. §§ 552 (a)(6)(A)(viii); (a)(6)(B).

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602.** You may also email your response to: <u>foipaquestions@fbi.gov</u>.

Additional information about the FOIPA can be found at <u>www.fbi.gov/foia</u>. Should you have questions regarding your request, please feel free to contact <u>foipaquestions@fbi.gov</u>. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 9**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 10, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664215-000
Subject: Epstein files processing guidelines
(On or after March 18, 2025)

Dear Mr. Leopold:

This is in reference to your letter to the FBI, in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request. Under Department of Justice (DOJ) standards, expedited processing can only be granted in the following situations.

You have requested expedited processing according to:

☐ **28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

☑ **28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

☐ **28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process rights."

☐ **28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

You have not provided enough information concerning the statutory requirements for expedition; therefore, your request is denied.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

# Exhibit 10

–––––– Forwarded message –––––––
From: **FOIPAQUESTIONS@FBI.GOV** <FOIPAQUESTIONS@fbi.gov>
Date: Thu, Aug 21, 2025 at 10:21 AM
Subject: RE: [EXTERNAL EMAIL] - Request for estimated date of completion
To: jasonleopold@gmail.com <jasonleopold@gmail.com>

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.   A review of your request has determined the following:

The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size.  Simple track extra-small requests typically require the least amount of time to process.  Currently, simple track cases average approximately 230 days from the date of receipt for processing.  Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.   Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request.  Once the search has been completed, you may request an estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.    Status updates are performed on a weekly basis.

Respectfully,

Public Information Officer

FBI - Information Management Division

200 Constitution Drive

Winchester, VA  22602

O: (540) 868-4593

E: foipaquestions@fbi.gov


Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia


Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps
Status updates are performed on a weekly basis.


Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If
you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or
reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Thursday, August 21, 2025 12:55 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Request for estimated date of completion


Hi there,

May I have an estimated date of completion for my request that was given the tracking number 1664215-000?


Best,

Jason


--

Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting


--

Jason Leopold
Senior Investigative Reporter

Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting