**Exhibit 11**

---

## eFOIA Request Received
1 message

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>                                    Wed, Mar 26, 2025 at 4:51 PM
To: jasonleopold@gmail.com

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Jason |
| **Middle Name** | |
| **Last Name** | Leopold |
| **Suffix** | |
| **Email** | jasonleopold@gmail.com |
| **Phone** | |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | |
| Address Line 2 | |
| City | |
| State | California |
| Postal | |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| Allow up to $ | 250 |

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. Â§552(a)(4)(A)(iii), â€œDocuments shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.â€ Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

I request disclosure from the FBI Office of the Director the following records:

1. A copy of the "comprehensive report" based on the investigation FBI Director Kash Patel was directed to conduct by Attorney General Pam Bondi on Feb 27 and "proposed personnel actions" related to what AG Bondi said was the FBI's failure to turn over to her the complete set of documents on deceased banker and convicted sex offender Jeffrey Epstein. AG Bondi told FBI Director Patel to deliver this report and the proposed personnel actions to her within 14 days. That deadline has since passed.

BACKGROUND

In a letter dated Feb. 27, 2025, AG Bondi sent a letter to FBI Director Patel. She said she learned from a "source" that the FBI's New York field office was in possession of thousands of pages of Epstein files that were not turned over to her despite her demands. She instructed FBI Director Patel to turn the complete set of records over the next day and she also directed FBI Director Patel to immediately launch an investigation and to provide her with a "comprehensive report of your findings and proposed personnel action within 14 days."

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS

Please interpret the scope of this request broadly. FBI is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

# Expedite

**Expedite Reason**

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information.

I have a compelling need to inform the public about a matter of overwhelming public interest and actual government activity related to Jeffrey Epstein's files and Attorney General Pam Bondi's suggestion that the FBI was engaged in a conspiracy because the bureau did not turn over the full set of records. AG Bondi's direction to FBI Director Kash Patel and her suggestion that FBI personnel should be held accountable for not turning over the records feeds into a "deep state" narrative when there may be other plausible explanations as to why the records were not turned over. Only the full release of the report will help resolve the issue.

These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity.

I certify the foregoing to be true and correct to the best of my knowledge and belief.

_/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

**Exhibit 12**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 2, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664217-000
Subject: FBI Director Comprehensive
Reports (Epstein Files)

Dear Mr. Leopold:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

☑  Your request has been received at FBI Headquarters for processing.

☑  You submitted your request via the FBI's eFOIPA system.

  ☑  Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

  ☐  Correspondence for requests containing audio, video, or high-resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

☐  The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

☐  Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑  Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑  For the purpose of assessing any fees, we have determined:

  ☐  As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  ☑  As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  ☐  As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 13**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 2, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664217-000
Subject: FBI Director Comprehensive
Reports (Epstein Files)

Dear Mr. Leopold:

Please be advised that "unusual circumstances" apply to the processing of your request. See 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

- There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

- There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

- There is a need for consultation with another agency or two or more DOJ components.

These "unusual circumstances" will delay our ability to make a determination on your request within 20 days (excluding weekend and legal public holidays). Additionally, the payment of pertinent fees may apply to your request. See 5 U.S.C. § 552 (a)(4)(A)(viii).

The application of "unusual circumstances" is not a determination of how the FBI will respond to your substantive request, this letter provides notice that these "unusual circumstances" apply to processing and delay the determination of your request. See 5 U.S.C. §§ 552 (a)(6)(A)(viii); (a)(6)(B).

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602**. You may also email your response to: foipaquestions@fbi.gov.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 14**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 10, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1664217-000
Subject: FBI Director Comprehensive Reports
(Epstein Files)

Dear Mr. Leopold:

This is in reference to your letter to the FBI, in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request. Under Department of Justice (DOJ) standards, expedited processing can only be granted in the following situations.

You have requested expedited processing according to:

☐  **28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

☑  **28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

☐  **28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process rights."

☐  **28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

You have not provided enough information concerning the statutory requirements for expedition; therefore, your request is denied.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 15**

---

## Fwd: [EXTERNAL EMAIL] - Re: eFOIA Request Received FOIA 1664217-000

---

–––––– Forwarded message –––––––
From: **FOIPAQUESTIONS@FBI.GOV** <FOIPAQUESTIONS@fbi.gov>
Date: Fri, Aug 22, 2025, 7:35 AM
Subject: RE: [EXTERNAL EMAIL] - Re: eFOIA Request Received FOIA 1664217-000
To: jasonleopold@gmail.com <jasonleopold@gmail.com>

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.  A review of your request has determined the following:

The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size.  Simple track extra-small requests typically require the least amount of time to process. Currently, simple track cases average approximately 230 days from the date of receipt for processing.  Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.  Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request.  Once the search has been completed, you may request an estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.    Status updates are performed on a weekly basis.

Respectfully,


Public Information Officer

FBI - Information Management Division

200 Constitution Drive

Winchester, VA  22602

O: (540) 868-4593

E: foipaquestions@fbi.gov


Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia


Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.


Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Thursday, August 21, 2025 12:02 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: eFOIA Request Received


Please provide me with an estimated date of completion for this request.


Best,

Jason


On Wed, Mar 26, 2025 at 4:52 PM <efoia@subscriptions.fbi.gov> wrote:

# Individual Information

---

**Prefix**

**First Name**

Jason

**Middle Name**

**Last Name**

Leopold

**Suffix**

**Email**

jasonleopold@gmail.com

**Phone**

**Location**

United States

# Domestic Address

**Address Line 1**

**Address Line 2**

**City**

**State**

California

**Postal**

# Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**

250

# Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. §552a(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

I request disclosure from the FBI Office of the Director the following records: 1. A copy of the "comprehensive report" based on the investigation FBI Director Kash Patel was directed to conduct by Attorney General Pam Bondi on Feb 27 and "proposed personnel actions" related to what AG Bondi said was the FBI's failure to turn over to her the complete set of documents on deceased banker and convicted sex offender Jeffrey Epstein. AG Bondi told FBI Director Patel to deliver this report and the proposed personnel actions to her within 14 days. That deadline has since passed. BACKGROUND In a letter dated Feb. 27, 2025, AG Bondi sent a letter to FBI Director Patel. She said she learned from a "source" that the FBI's New York field office was in possession of thousands of pages of Epstein files

that were not turned over to her despite her demands. She instructed FBI Director Patel to turn the complete set of records over the next day and she also directed FBI Director Patel to immediately launch an investigation and to provide her with a "comprehensive report of your findings and proposed personnel action within 14 days." Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)): (A) An agency shallâ€" (i) withhold information under this section only ifâ€" (I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part. INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS Please interpret the scope of this request broadly. FBI is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

# Expedite

### Expedite Reason

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information. I have a compelling need to inform the public about a matter of overwhelming public interest and actual government activity related to Jeffrey Epstein's files and Attorney General Pam Bondi's suggestion that the FBI was engaged in a conspiracy because the bureau did not turn over the full set of records. AG Bondi's direction to FBI Director Kash Patel and her suggestion that FBI personnel should be held accountable for not turning over the records feeds into a "deep state" narrative when there may be other plausible explanations as to why the records were not turned over. Only the full release of the report will help resolve the issue. These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity. I certify the foregoing to be true and correct to the best of my knowledge and belief. _/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIâ€™s electronic FOIA Library (The Vault) on the FBIâ€™s public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.


--

Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

**Exhibit 16**

Status  Submitted

HOME     TRACKING INBOX

Tracking Inbox » Request



## FOIA-2025-05804
Requester: Leopold, Jason

✓ Worl

| Request |

Assignment: eFil

🖨 Printer Friendly For

📄 Export to PDF

**Request Information**

| | | | |
|---|---|---|---|
| Request Type | Request | Agency | OIP |
| Request Date | 07/08/2025 | Document Delivery Method | Email |

**Requester Information**

| | | | |
|---|---|---|---|
| Salutation | Mr | Address Type | Home |
| First Name | Jason | Country | United States |
| Middle Name | | Address Line 1 | |
| Last Name | Leopold | Address Line 2 | |
| Email Address | jasonleopold@gmail.com | City | |
| Organization | Bloomberg News | State | |
| Register Number | | Zip/Postal Code | |
| Phone Number | | | |
| Fax Number | | | |
| Other Information | | | |

**Description of Request**

Status Submitted

Policy, Office of Public Affairs and Office of the Attorney General the
following records

1  Final talking points relating to the Justice Department's final decision
on July 7 to refrain from releasing additional records related to the
Jeffrey Epstein investigation, his "client list" and his suicide in a New
York jail as well as the release of the raw and enhanced video footage of
the common area of the Special Housing Unit (SHU) where Epstein was
housed at the time of his death

Reasonably Foreseeable Harm  The FOIA Improvement Act of 2016
amended the FOIA as follows (5 USC 552(a)(8))

(A) An agency shall

(i) withhold information under this section only if

(I) the agency reasonably foresees that disclosure would harm an
interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible
whenever the agency determines that a full disclosure of a requested
record is not possible; and

(II) take reasonable steps necessary to segregate and release
nonexempt information

DOJ should not fail to meet the requirements of Section 552(a)(8) when
processing my request and release responsive records to me in full or at
least in part

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF
REQUESTS
Please interpret the scope of this request broadly  The DOJ is instructed
to interpret the scope of this request in the most liberal manner possible
short of an interpretation that would lead to a conclusion that the request
does not reasonably describe the records sought

File Type 1

File 1

File Type 2

File 2

File Type 3

File 3

**Expedited Processing Information**

Expedited Processing Requested?

**Fee Information**

Fee Category                    Representative of the news media

Fee Waiver Requested?           Yes

senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on air correspondent for VICE News  Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America  I am filing this request on behalf of myself and Bloomberg News

I request a complete waiver of all search and duplication fees  If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes

Under 5 U S C  §552(a)(4)(A)(iii), "Documents shall be furnished without any charge    if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester " Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government  This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes  I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

Powered by

**Exhibit 17**



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

August 5, 2025

Jason Leopold
**Bloomberg News**

jasonleopold@gmail.com                    Re:    FOIA-2025-05804

Dear Jason Leopold:

     This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated and received in this Office on July 8, 2025, in which you requested records of final talking points concerning the decision to refrain from releasing additional records from the Jeffrey Epstein investigation.

     The records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances." <u>See</u> 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request. At this time, we have assigned your request to the complex track.

     Please be advised that the records search options available are dynamic and can be adjusted according to the types of records you are seeking. In general, there are five categories of records search options available to you:

| 1 | Official Correspondence | This category includes final, signed communications, memoranda, policies, and guidelines. |
|---|---|---|
| 2 | Emails and Attachments | This category includes emails sent or received by Department officials and records attached thereto. |
| 3 | Calendars | This category includes the electronic calendar of Department officials. |
| 4 | Standalone Documents | This category includes both electronic computer records and non-electronic (i.e. paper) records of Department |

-2-

| | | officials to the extent that such records were not attached to an email.[1] |
|---|---|---|
| 5 | Classified Records | This category includes both electronic and non-electronic (i.e. paper) classified records maintained by Department officials. |

The time required to complete our records search will vary significantly depending on the types of records that need to be searched in order to fulfill your request. Furthermore, there are distinct and significant differences between the search time required to complete certain categories of records searches. For example, a records search focused on category 1 records (Official Correspondence) requires the least amount of time to complete. A records search seeking records from categories 2 and/or 3 requires significantly more time than that of category 1. Whereas a search seeking records from categories 4 and/or 5 is the most time-consuming search option and requires substantially more time to complete than a search focused on records of categories 2 and/or 3.

Additional factors, including the timeframe of your request and the number of Department officials who need to be searched in order to fulfill your request, can make a substantial difference in the time it takes to complete our records search. Generally speaking, requests seeking records prior to January 20, 2017, will require additional search time, and the more Department officials that are subject to the records search, the longer it will take to complete.

At this time and in an effort to facilitate our response to your request, we are focusing our records search on official correspondence (i.e. category 1) and emails and attachments that may be responsive to your request (category 2). Based on our experience, the vast majority of records responsive to FOIA requests consist of category 2 records, and it is not common for there to be standalone documents (category 4) that are not also located as attachments to emails. If you are interested in either adding additional categories of records to your search or focusing your search on records other than categories 1 and 2, please notify this Office as soon as possible.[2] You may also agree to an alternative formulation of your request, including a different scope or date range. Please include the administrative tracking number associated with this request in all your correspondence.

Any decision with regard to the application of fees or any request for a fee waiver will be made only after we determine whether fees will be implicated for this request.

We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss the processing of your request, you may contact this Office by telephone at the above number, by e-mail at doj.oip.foia@usdoj.gov, or you may write to the Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001. Lastly,

---

[1] This category does not include Official Correspondence (i.e. category 1 records).
[2] Notwithstanding your selection, not all of these categories would be appropriate for each request.

-3-

you may contact our Acting FOIA Public Liaison, Eric Hotchkiss, at the telephone number listed above to discuss any aspect of your request.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,

Initial Request Staff
Office of Information Policy
U.S. Department of Justice

**Exhibit 18**

–––––– Forwarded message –––––––
From: **Jason Leopold** <jasonleopold@gmail.com>
Date: Thu, Aug 21, 2025 at 8:58 AM
Subject: Request for estimated date of completion
To: Hotchkiss, Eric (OIP) <Eric.Hotchkiss@usdoj.gov>


Hi Eric,
Can you please provide me with an estimated date of completion for this request?

Best,
Jason

–––––– Forwarded message –––––––
From: **OIP-NoReply** <OIP-NoReply@usdoj.gov>
Date: Tue, Aug 5, 2025 at 3:47 PM
Subject: Your FOIA Request FOIA-2025-05804
To: jasonleopold@gmail.com <jasonleopold@gmail.com>


Attached to this email is correspondence from the Department of Justice's Office of Information Policy, which is associated with the above-referenced Freedom of Information Act (FOIA) request.


**Please do not reply to this e-mail, as this account is not monitored.**


Thank you,


--------------------------------------

Initial Request Staff

Office of Information Policy

U.S. Department of Justice


202-514-3642 (Main Line)


--
Jason Leopold

Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

 153K

**Exhibit 19**

---------- Forwarded message ----------
From: <efoia@subscriptions.fbi.gov>
Date: Mon, Jul 21, 2025 at 2:31 PM
Subject: eFOIA Request Received
To: <jasonleopold@gmail.com>

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Jason |
| **Middle Name** | |
| **Last Name** | Leopold |
| **Suffix** | |
| **Email** | jasonleopold@gmail.com |
| **Phone** | |
| **Location** | United States |

## Domestic Address

**Address Line 1**

**Address Line 2**

**City**

**State**     California

**Postal**

## Agreement to Pay

**How you will pay**     I am requesting a fee waiver for
my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I
am willing to pay additional fees and will enter that maximum amount in the box
below.

**Allow up to $**     250

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. Â§552(a)(4)(A)(iii), â€œDocuments shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.â€ Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

I request disclosure from FBI headquarters, the FBI's New York Field Office, the FBI's Records Information and Dissemination Section and the FBI's Enterprise Vetting Center the following records:

1. All communications to/from the FBI's NY Field Office senior executives from FBIHQ and/or the Department of Justice containing instruction, direction, or discussion about the conduct of research they were asked/directed to conduct related to Jeffrey Epstein files.

2. Any communications between NYFO personnel relating to the guidance/direction they received from DOJ and FBIHQ about the searches of Jeffrey Epstein material.

3. Any and all documents related to overtime hours worked by RIDS FOIA units from Jan. 20, 2025 through the present. For clarification, I am not seeking individual time cards but instead broader statistics and analytics data reflecting hours worked.

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shallâ€"

(i) withhold information under this section only ifâ€"

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS

Please interpret the scope of this request broadly. The FBI is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

# Expedite

**Expedite Reason**

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information.

I have a compelling need to inform the public about a matter of overwhelming public interest that relates to actual government activity. My ability to inform the public about a timely news matter would be lost if my request is not processed in an expedited manner.

Earlier this year, FBI personnel were tasked by Attorney General Pam Bondi and FBI Director Kash Patel with reviewing voluminous files related to the Jeffrey Epstein case files and to prepare those files for public release. This effort reportedly resulted in more than 1000 FBI agents and other personnel working overtime at the FBI's facilities in Virginia to review and redact files. The directive came in February from Bondi after she suggested that the FBI was engaged in a conspiracy because the bureau did not turn over the full set of Epstein records to her in February.

Then, in July, the Justice Department and FBI issued a joint letter stating: "To ensure that the review was thorough, the FBI conducted digital searches of its databases, hard drives, and network drives as well as physical searches of squad areas, locked cabinets, desks, closets, and other areas where responsive material may have been stored. These searches uncovered a significant amount of material, including more than 300 gigabytes of data and physical evidence ... While we have labored to provide the public with maximum information regarding Epstein and ensured examination of any evidence in the government's possession, it is the determination of the Department of Justice and the Federal Bureau of Investigation that no further disclosure would be appropriate or warranted."

The final decision by the Department of Justice and FBI not to release additional records led to a public outcry and claims of a coverup by the Department and FBI. Since then, Sen. Dick Durbin sent letter to FBI Director Patel and AG Bondi claiming his office received information that "personnel were instructed to 'flag' any [Epstein] records in which President Trump was mentioned."

The records I seek would help inform the public about the final review of the Epstein files, how that review was conducted as well as the overtime hours paid to FBI personnel to review the records. This is clearly a matter of overwhelming public interest.

These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity.

I certify the foregoing to be true and correct to the best of my knowledge and belief.

_/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

--

**Exhibit 20**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 11, 2025

MR. JASON LEOPOLD

FOIPA Request No.: 1675665-000
Subject: EPSTEIN, JEFFREY
(COMMUNICATIONS REGARDING FBI
RESEARCH AND GUIDANCE)

Dear Mr. Leopold:

This is in reference to your letter directed to the Federal Bureau of Investigation (FBI), in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request. Pursuant to the Department of Justice (DOJ) standards permitting expedition, expedited processing can only be granted when it is determined that a FOIPA request involves one or more of the below categories.

You have requested expedited processing according to:

☐    **28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

☑    **28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

☐    **28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process rights."

☐    **28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

You have provided enough information concerning the statutory requirements permitting expedition; therefore, your request is approved.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.


Sincerely,


Record/Information Dissemination Section
Information Management Division

**Exhibit 21**

---

## Fwd: [EXTERNAL EMAIL] - Re: eFOIA Request Received FOIA 1675665-000

---

–––––– Forwarded message ––––––
From: **FOIPAQUESTIONS@FBI.GOV** <FOIPAQUESTIONS@fbi.gov>
Date: Fri, Aug 22, 2025, 7:33 AM
Subject: RE: [EXTERNAL EMAIL] - Re: eFOIA Request Received FOIA 1675665-000
To: jasonleopold@gmail.com <jasonleopold@gmail.com>


Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.   A review of your request has determined the following:


The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.


Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size.  Simple track extra-small requests typically require the least amount of time to process. Currently, simple track cases average approximately 230 days from the date of receipt for processing.  Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.


The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.  Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request.  Once the search has been completed, you may request an estimated date of completion.


Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.


Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.    Status updates are performed on a weekly basis.

Respectfully,


Public Information Officer

FBI - Information Management Division

200 Constitution Drive

Winchester, VA  22602

O: (540) 868-4593

E: foipaquestions@fbi.gov


Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia


Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.


Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Thursday, August 21, 2025 12:01 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: eFOIA Request Received


Please provide me with an estimated date of completion for this request.


Best,

Jason


On Mon, Jul 21, 2025 at 2:31 PM <efoia@subscriptions.fbi.gov> wrote:

# Individual Information

Prefix

First Name

Jason

**Middle Name**

**Last Name**

Leopold

**Suffix**

**Email**

jasonleopold@gmail.com

**Phone**

**Location**

United States

# Domestic Address

**Address Line 1**

**Address Line 2**

**City**

**State**

California

**Postal**

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**

250

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. Â§552(a)(4)(A)(iii), â€œDocuments shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.â€ Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**

I request disclosure from FBI headquarters, the FBI's New York Field Office, the FBI's Records Information and Dissemination Section and the FBI's Enterprise Vetting Center the following records: 1. All communications to/from the FBI's NY Field Office senior executives from FBIHQ and/or the Department of Justice containing instruction, direction, or discussion about the conduct of research they were asked/directed to conduct related to Jeffrey Epstein files. 2. Any communications between NYFO personnel relating to the guidance/direction they received from DOJ and FBIHQ about the searches of Jeffrey Epstein material. 3. Any and all documents related to overtime hours worked by RIDS FOIA units from Jan. 20, 2025 through the present. For clarification, I am not seeking individual

time cards but instead broader statistics and analytics data reflecting hours worked. Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)): (A) An agency shallâ€" (i) withhold information under this section only ifâ€" (I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part. INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS Please interpret the scope of this request broadly. The FBI is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

# Expedite

**Expedite Reason**

I ask that my request be given expedited processing because there is an urgency to inform the public about actual or alleged federal government activity, and I am a person primarily engaged in disseminating information. As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore qualify as a person primarily engaged in disseminating information. I have a compelling need to inform the public about a matter of overwhelming public interest that relates to actual government activity. My ability to inform the public about a timely news matter would be lost if my request is not processed in an expedited manner. Earlier this year, FBI personnel were tasked by Attorney General Pam Bondi and FBI Director Kash Patel with reviewing voluminous files related to the Jeffrey Epstein case files and to prepare those files for public release. This effort reportedly resulted in more than 1000 FBI agents and other personnel working overtime at the FBI's facilities in Virginia to review and redact files. The directive came in February from Bondi after she suggested that the FBI was engaged in a conspiracy because the bureau did not turn over the full set of Epstein records to her in February. Then, in July, the Justice Department and FBI issued a joint letter stating: "To ensure that the review was thorough, the FBI conducted digital searches of its databases, hard drives, and network drives as well as physical searches of squad areas, locked cabinets, desks, closets, and other areas where responsive material may have been stored. These searches uncovered a significant amount of material, including more than 300 gigabytes of data and physical evidence ... While we have labored to provide the public with maximum information regarding Epstein and ensured examination of any evidence in the governmentâ€™s possession, it is the determination of the Department of Justice and the Federal Bureau of Investigation that no further disclosure would be appropriate or warranted." The final decision by the Department of Justice and FBI not to release additional records led to a public outcry and claims of a coverup by the Department and FBI. Since then, Sen. Dick Durbin sent letter to FBI Director Patel and AG Bondi claiming his office received information that "personnel were instructed to 'flag' any [Epstein] records in which President Trump was mentioned." The records I seek would help inform the public about the final review of the Epstein files, how that review was conducted as well as the overtime hours paid to FBI personnel to review the records. This is clearly a matter of overwhelming public interest. These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity. I certify the foregoing to be true and correct to the best of my knowledge and belief.
_/s/_____JL_____

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIâ€™s electronic FOIA Library (The Vault) on the FBIâ€™s public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

--

Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting