UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD & BLOOMBERG L.P.,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE & FEDERAL BUREAU OF INVESTIGATION.,

    *Defendants*.

Case No. 1:25-cv-2848-RCL

## ORDER

Local Rule 16.3(b)(10) exempts parties to a FOIA action from typical scheduling order requirements. Instead, the government has the burden to produce a *Vaughn* index with a supporting dispositive motion. The Court therefore **ORDERS** the government to file the index and supporting motion within 30 days.

IT IS SO ORDERED.

Date: 10/14/25

Royce C. Lamberth
United States District Judge