UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD & BLOOMBERG L.P.,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF JUSTICE & FEDERAL BUREAU OF INVESTIGATION,

    *Defendants.*

Case No. 1:25-cv-2848-RCL

## ORDER

The Court clarifies that the government shall file a *Vaughn* index with a supporting motion either ten days after the end of the lapse in appropriations *or* 30 days from the October 14, 2025 Order—whichever comes later.

**IT IS SO ORDERED.**

Date: 10-15-25

Royce C. Lamberth
United States District Judge